MCGREGOR W. SCOTT
United States Attorney
DEBORAH STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
PATRICK SNYDER,
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CASIE MORSE,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | No. 2:18-cv-03280<br><br>**STIPULATION TO REMAND PURSUANT TO 42 U.S.C. SECTION 405(g) SENTENCE FOUR** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner has agreed to a voluntary remand of this case for further administrative proceedings, pursuant to *sentence four* of 42 U.S.C. § 405(g).

On remand, the Appeals Council will instruct the ALJ to reevaluate the medical evidence, including, but not limited to, all medical-source opinion evidence. The Appeals Council will instruct the ALJ to take further action, as warranted, to complete the administrative record and resolve the above issues. The

parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

As noted, this stipulation constitutes a remand under the *fourth sentence* of Section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).

Respectfully submitted,

Dated: October 24, 2019         MCGREGOR W. SCOTT
                                United States Attorney
                                DEBORAH STACHEL
                                Regional Chief Counsel, Region IX
                                Social Security Administration

                        BY:  */s/ Patrick Snyder*
                                PATRICK SNYDER
                                Special Assistant U.S. Attorney
                                Attorneys for Defendant

Dated: October 18, 2019

                        BY:  */s/ John Vincent Johnson*
                                JOHN VINCENT JOHNSON
                                (as authorized by email)
                                Attorneys for Plaintiff

**ORDER**

Good cause appearing, pursuant to stipulation, IT IS SO ORDERED.

Dated: October 29, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE