JOHN V. JOHNSON
Attorney for Plaintiff
McGregor W. Scott
United States Attorney
DEBORAH LEE STACHEL, Bar No. 230138
Regional Chief Counsel, Region IX
Patrick Snyder, Bar No. 260690
Special Assistant United States Attorney

    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8927
    Facsimile: (415) 744-0134
    E-Mail: patrick.snyder@ssa.gov
    Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CASIE RAE MORSE, | CASE. No. 2:18-cv-03280 CKD |
| Plaintiff, | STIPULATION AND ORDER FOR ATTORNEY'S FEES PURSUANT TO 28 U.S.C. SECTION 2412(d) |
| vs. | |
| ANDREW SAUL, commissioner of the Social Security Administration, | |
| Defendant. | |

    It is hereby stipulated by and between the parties through their undersigned counsel, subject to the approval of the Court, that Casie Rae Morse, will be awarded attorney fees in the amount of SIX THOUSAND FIVE HUNDRED and NO CENTS DOLLARS ($6,500.00) under the Equal Access to Justice Act (EAJA), 28 U.S.C. section 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. section 2412(d).

    After the Court issues an order for EAJA fees to Casie Rae Morse, the Defendant will consider any assignment of EAJA fees to John V. Johnson pursuant to Astrue v. Ratliff, 130 S.Ct. 2521, 2252-2253 (2010), the

1

ability to honor any such assignment will depend on whether the fees are subject to any offset allowed under the United States Department of Treasury's Offset Program. After the order for EAJA fees is entered, the Defendant will determine whether they are subject to any offset.

Fees shall be made payable to Casie Rae Morse, but if the Department of the Treasury determines that Casie Rae Morse, does not owe a federal debt, then the government shall cause the payment of fees to be made directly to John V. Johnson, pursuant to any assignment executed by Plaintiff. Any payment made shall be delivered directly to John V. Johnson.

This stipulation constitutes a compromise settlement of Casie Rae Morse's request for EAJA attorney fees and does not constitute an admission of liability on the part of the Defendant under EAJA. Payment of the agreed amount shall constitute complete release from, and bar to, any and all claims that Casie Rae Morse, and/or John V. Johnson may have relating to EAJA attorney fees in connection with this action. This award is without prejudice to the rights of John V. Johnson to seek Social Security Act attorney fees under 42 U.S.C. Section 406(b) subject to the savings clause provisions of EAJA.

Respectfully Submitted,

DATED: December 18, 2019
/ s / John V. Johnson
(As authorized
johnvjohnson@sbcglobal.net)
John V. Johnson
Attorney for Plaintiff

DATED: December 18, 2019
McGREGOR W. SCOTT
United States Attorney
DEBORAH L. STACHEL
Regional Chief Attorney, Region IX
Social Security Administration

By: / s / Patrick Snyder
PATRICK SNYDER
Special Assistant U.S. Attorney
Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

Dated: December 19, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE